JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SOUZA,<br><br>   Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Respondents. | Case No. CV 17-195-ODW (SP)<br><br>**JUDGMENT** |

  Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: January 19, 2017

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE